IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
HEATH WHITT,                    )
                                )
     Plaintiff,                 )
                                )     CIVIL ACTION NO.
     v.                         )       2:18cv647-MHT
                                )           (WO)
CPT. CARGAIL, et al.,           )
                                )
     Defendants.                )
```

**ORDER**

It is ORDERED that plaintiff's motion for change of address (doc. no. 28) is denied as moot because the court has already dismissed this case pursuant to plaintiff's request for dismissal. *See* Plaintiff's Motion to Dismiss (doc. no. 26); Order Dismissing Case (doc. no. 27).

This case remains closed.

DONE, this the 24th day of September, 2019.

                                                /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE